UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **v.** ) | Case No. 3:10-00307 |
| ) | Magistrate Judge Knowles |
| **PAUL W. CALLAHAM** ) | |

**O R D E R**

This matter is scheduled for a Revocation Hearing before the undersigned on May 28, 2013, at 3:00 p.m.

IT IS SO ORDERED.

_____
E. CLIFTON KNOWLES
United States Magistrate Judge